**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOHN ROBERTSON, individually and derivatively on behalf of CSX CORP.,

    Plaintiff,

vs.

Case No. 3:18-cv-487-J-34MCR

DONNA M. ALVARADO, et al.,

    Defendants,

and

CSX CORP.,

    Nominal Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Dkt. No. 33; Notice) filed on July 6, 2018.  In the Notice, Plaintiff requests dismissal of this matter without prejudice.  See Notice at 1.  Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment.   Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of July, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties